AUG 29 2025 PM4:58
FILED FLNB EASTERN TIME

# UNITED STATES BANKRUPTCY COURT

[Northern District of Florida]

**In re:**
 [Ethan James Rutland],
 Debtor.

---

**[Ethan Rutland],**
 Plaintiff,

v.

**[Dept. of Education],**
 Defendant.

Case No.: [25-30793]
Adversary Proceeding No.: [To be Assigned]

---

# COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT / FOR OTHER RELIEF

## I. Narrative Statement

1. Plaintiff [Ethan Rutland], resides at [8800 Pine Forest Rd, Pensacola,FL].

2. Defendant [Dept. of Education], is located at [121 S 13th ST, Lincoln, NE].

3. Plaintiff and Defendant engaged in a transaction/relationship described as follows: [Student Loans].

4. This adversary proceeding arises out of that relationship and the resulting dispute concerning [ inability to repay student loans, and seeks a determination that such debt is dischargeable under 11 U.S.C. § 523(a)(8)."].

AUG 29 2025 PM4:58
FILED FLNB EASTERN TIME

## II. Jurisdiction

5.  This Court has jurisdiction over this adversary proceeding pursuant to **28 U.S.C. §§ 157 and 1334**, and it is a core proceeding under **28 U.S.C. § 157(b)(2)**.

6.  Venue is proper in this Court under **28 U.S.C. § 1409**, as this proceeding arises in and relates to the above-captioned bankruptcy case.

## V. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

Enter judgment in favor of Plaintiff in the amount of **$[19,730]**, plus interest and costs;

**Respectfully submitted,**

Dated: [08/29/2025]
[        ]
[Ethan Rutland]
[8800 Pine Forest Rd, Pensacola, FL, 32534]
[478-297-0964]

⚖️ Would you like me to prepare this into a **fillable template in Word/PDF** so you can plug in your details directly, or keep it as text for now?