UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

ETHAN JAMES RUTLAND,                CASE NO.:  25-30793-KKS
                                    CHAPTER:  7
  Debtor.

            /

ETHAN RUTLAND,                      ADV. NO.: 25-03016-KKS

  Plaintiff,

v.

DEPT OF ED, et al.,

  Defendants.

            /

## ORDER GRANTING PLAINTIFF'S
## *ORE TENUS MOTION TO DISMISS*

THIS ADVERSARY PROCEEDING is before the Court on the Plaintiff's *ore tenus Motion to Dismiss* ("Motion"), made in open court at the hearing held on December 9, 2025. No party objected to the Motion. For that reason, it is

ORDERED:

 1) The *ore tenus Motion to Dismiss* is GRANTED.

2

2) The Adversary Proceeding is DISMISSED.

DONE and ORDERED on _____January 26, 2026_____.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc: All interested parties, including:
Ethan James Rutland
8800 Pine Forest Rd
Apt# 1304
Pensacola, FL 32534

2